# Exhibit 6

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Efinancial, LLC. ("Defendant")**

| Claim 20 | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Efinancial Customer Service system performs a method of processing requests.<br><br>For example, the Efinancial Customer Service system performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>Need Help?<br>Feel free to contact us with any questions at<br>1-800-957-9525<br><br>Source: https://www.efinancial.com/quotes |



Source: https://www.efinancial.com/about/offices

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

| | |
|---|---|
| | One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.<br><br>A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."<br><br>Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities. |
| estimating at least one content-specificor requestor-specific characteristic associated with each received request; | The Efinancial Customer Service system estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the Efinancial Customer Service system uses information provided by the caller, such as through interactive voice responses, chatbot entries, and email to determine the nature of the call. |



| | |
|---|---|
| | Need Help?<br>Feel free to contact us with any questions at<br>1-800-957-9525<br>Source: https://www.efinancial.com/quotes<br><br>Source: https://www.efinancial.com/about/offices |

<table>
<tr><td></td><td>

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.

</td></tr>
<tr><td>determining availability of a plurality of</td><td>The Efinancial Customer Service system determines the availability of multiple alternate target resources, each of which has a target characteristic.</td></tr>
</table>

| | |
|---|---|
| alternate target resources, each respective target resource having at least onerespective target characteristic; | For example, the Efinancial Customer Service system determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language/department). The Efinancial Customer Service system runs on Genesys Cloud Service Cloud to perform the determination and other related functions for processing the requests.<br><br>As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.<br><br>One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text. |

| | |
|---|---|
| | A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."<br><br>Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.<br><br>**Turn inbound interactions into opportunities with ACD**<br><br>**Eliminate static skill-based rules**<br>Manual agent administration wastes time and money. Simplify the process using a dynamic agent that queues assignments based on skill expressions and proficiency levels.<br><br>**Reduce average handle time**<br>Business KPIs depend on how you distribute interactions. Lower average handle time and costs with intelligent automatic call distribution (ACD) that expands agent skills.<br><br>**Deliver a better customer experience**<br>Poor resolution rates, multiple transfers and long wait times negatively affect customer satisfaction. Meet evolving customer expectations with smarter routing decisions. |

| | |
|---|---|
| | <br>Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd<br><br>Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd |

| | |
|---|---|
| | Automated attendant and basic IVR<br><br>Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.<br><br>Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on | The Efinancial Customer Service system evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the Efinancial Customer Service system via Genesys Cloud Service Cloud uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller. |

| | |
|---|---|
| a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.<br><br>One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.<br><br>A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."<br><br>Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities. |

| | |
|---|---|
| | Turn inbound interactions into opportunities with ACD<br><br>**Eliminate static skill-based rules**<br>Manual agent administration wastes time and money. Simplify the process using a dynamic agent that queues assignments based on skill expressions and proficiency levels.<br><br>**Reduce average handle time**<br>Business KPIs depend on how you distribute interactions. Lower average handle time and costs with intelligent automatic call distribution (ACD) that expands agent skills.<br><br>**Deliver a better customer experience**<br>Poor resolution rates, multiple transfers and long wait times negatively affect customer satisfaction. Meet evolving customer expectations with smarter routing decisions.<br><br>Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd<br><br>Automated attendant and basic IVR<br><br>Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.<br><br>Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr |



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| generating | The automated processor of the Efinancial Customer Service system generates a |

| | |
|---|---|
| a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the Efinancial Customer Service system via Genesys Cloud Service Cloud generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>Need Help?<br>Feel free to contact us with any questions at<br>1-800-957-9525<br><br>Source: https://www.efinancial.com/quotes |



Source: https://www.efinancial.com/about/offices

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.

Turn inbound interactions into opportunities with ACD
Eliminate static skill-based rules
Manual agent administration wastes time and money. Simplify the process using a dynamic agent that queues assignments based on skill expressions and proficiency levels.
Reduce average handle time
Business KPIs depend on how you distribute interactions. Lower average handle time and costs with intelligent automatic call distribution (ACD) that expands agent skills.
Deliver a better customer experience
Poor resolution rates, multiple transfers and long wait times negatively affect customer satisfaction. Meet evolving customer expectations with smarter routing decisions.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



## Automated attendant and basic IVR

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

'

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| | **AI-driven routing** Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.<br><br>**Dynamic agent-queue membership** Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.<br><br>**Basic ACD routing** Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.<br><br>**Skills-based routing** Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.<br><br>**Bullseye routing** Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.<br><br>**Preferred agent routing** Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.<br><br>Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd |