Exhibit 7

**Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. Efinancial, LLC. ("Defendant")**

| Claim 11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The Efinancial Customer Service system performs a method for assigning communications.<br><br>For example, the Efinancial Customer Service system assigns incoming calls (including SMS and live chats) to call center agents. The Efinancial Customer Service system is implemented on Genesys Service Cloud to perform the method of assigning communications.<br><br><br><br>Source: https://www.efinancial.com/quotes |



Source: https://www.efinancial.com/about/offices

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

<table>
<tr>
<td></td>
<td>

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.

</td>
</tr>
<tr>
<td>

receiving a plurality of respective communications for association with a respective resource selected from a

</td>
<td>

The Efinancial Customer Service system receives multiple respective communications that are to be associated with a respective resource selected from multiple resources.

For example, the Efinancial Customer Service system receives multiple incoming calls (e.g. including phone calls, SMS, and live chats) from customers requesting support or information. Each incoming calls to be assigned, by the customer service system, to a call center agent who can help the customer with the customer's request.

</td>
</tr>
</table>

| plurality of resources; | |
|---|---|
| | **Need Help?**<br><br>Feel free to contact us with any questions at<br><br>**1-800-957-9525**<br><br>Source: https://www.efinancial.com/quotes<br><br><br><br>Source: https://www.efinancial.com/about/offices |

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.

| identifying a | The Efinancial Customer Service system identifies multiple resources that are available |

5

| | |
|---|---|
| plurality of resources available for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state.<br><br>For example, the Efinancial Customer Service system uses one or more of interactive voice response (e.g. language), caller identification (e.g., user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service system identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service system to be available to handle the call. Each call center agent typically handles only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season).<br><br><br><br>Source: https://www.efinancial.com/quotes |



Source: https://www.efinancial.com/about/offices

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

|  |  |
|---|---|
|  | One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text. |

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services

| calculating a | The Efinancial Customer Service system calculates a respective score associated with |
|---|---|

| | |
|---|---|
| respective score associated with each available resource dependent on the availability state of a respective available resource; | each available resource dependent on the availability state of a respective available resource. |

For example, for each available agent, the Efinancial Customer Service system determines an estimated wait time that the caller will remain in a queue before the agent can take the call (e.g., to prioritize urgent communications).

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.

## Turn inbound interactions into opportunities with ACD

**Eliminate static skill-based rules**

Manual agent administration wastes time and money. Simplify the process using a dynamic agent that queues assignments based on skill expressions and proficiency levels.

**Reduce average handle time**

Business KPIs depend on how you distribute interactions. Lower average handle time and costs with intelligent automatic call distribution (ACD) that expands agent skills.

**Deliver a better customer experience**

Poor resolution rates, multiple transfers and long wait times negatively affect customer satisfaction. Meet evolving customer expectations with smarter routing decisions.

10



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

| estimating an expected economic value to be obtained by associating each respective communication with each respective available resource, dependent on at | The Efinancial Customer Service system estimates an expected economic value to be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.<br><br>For example, for a given call, the Efinancial Customer Service system determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent. |
| --- | --- |

12

| | |
|---|---|
| least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource; and | As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.<br><br>One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.<br><br>A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."<br><br>Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong %20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management %20capabilities. |



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**AI-driven routing**

Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.

**Dynamic agent-queue membership**

Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.

**Basic ACD routing**

Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.

**Skills-based routing**

Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.

**Bullseye routing**

Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.

**Preferred agent routing**

Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**Automated attendant and basic IVR**

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

15

| assigning each of the plurality of respective communications to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | The Efinancial Customer Service system assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. |
| --- | --- |
| | For example, based on the estimated expected economic value by customer feedback survey and ratings and the skilled agent by analysis of skills, the Efinancial Customer Service system selects a call center agent to handle the call and connects that agent with the caller. |
| |  |
| | Source: https://www.efinancial.com/quotes |



Source: https://efinancial.pissedconsumer.com/review.html#reviews

Source: https://www.efinancial.com/about/offices

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.





Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

19



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

## Automated attendant and basic IVR

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr