Exhibit 10

**Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Efinancial, LLC.**
**("Defendant")**

| Claims | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Efinancial Customer Service system with intelligent routing performs a method of matching a first entity with a second entity. <br><br> For example, the Efinancial Customer Services system matches an incoming call, which is the first entity, to a call center agent, which is the second entity. The Efinancial Customer Service system runs on Genesys generative Contact center Service Cloud. <br><br>  <br><br> Source: https://www.efinancial.com/quotes |



Source: https://www.efinancial.com/about/offices

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.

| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The Efinancial Customer Service system with intelligent routing stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.

For example, the Efinancial Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, caller identification and customer relationship management (CRM) information to determine the nature of a call and thereby, the required characteristics of a call center agent to handle the call. This information is represented by a plurality of multivalued scalar data, which are stored and used, by Efinancial Customer Service system, as inferential, or intelligent, targeting parameters for routing the call to an appropriate knowledgeable call center agent.

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text. |

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

<table>
<tr><td></td><td>

**Automated attendant and basic IVR**

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

</td></tr>
<tr><td>

storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting

</td><td>

The Efinancial Customer Service system with intelligent routing stores a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities.

For example, the Efinancial Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include one or more of: skills and respective skill levels, the agent's location, and the agent's prior history with handling calls of a specific nature. The agent characteristics are represented by a plurality of multivalued scalar data and are used, by the Efinancial Customer Service system, as inferential targeting parameters for routing the call to an appropriate call

</td></tr>
</table>

| parameters for a plurality of second entities; | center agent. |
|---|---|
| | As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic. |
| | One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text. |
| | A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us." |
| | Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities. |



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

### Automated attendant and basic IVR

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

**AI-driven routing**

Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.

**Dynamic agent-queue membership**

Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.

**Basic ACD routing**

Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.

**Skills-based routing**

Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.

**Bullseye routing**

Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.

**Preferred agent routing**

Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; | The Efinancial Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics for handing the call and the respective characteristics of multiple call center agents, the Efinancial Customer Service system selects an appropriate agent for handling the call. This selection is made by making, for each of the multiple agents, a cost-benefit analysis of a prospective matching of the call with the particular agent. The cost-benefit for the prospective match is based, at least in part, on the required agent characteristics and the characteristics of the particular agent. This prospective match is mutually exclusive in the sense that the call is only assigned to the particular agent and the agent to this particular call for the duration of the call. Therefore, the cost-benefit analysis also accounts for the fact that the agent cannot handle other calls while handling this call. The agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called normalized economic surplus, is selected by the Efinancial Customer Service system to handle the call. |

| and | As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic. |
|---|---|
| | One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text. |
| | A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us." |
| | Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities. |



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**Automated attendant and basic IVR**

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

**AI-driven routing**

Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.

**Dynamic agent-queue membership**

Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.

**Basic ACD routing**

Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.

**Skills-based routing**

Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.

**Bullseye routing**

Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.

**Preferred agent routing**

Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| outputting a signal in dependence on the optimization. | The Efinancial Customer Service system with intelligent routing outputs a signal in dependence on the optimization.<br><br>For example, the Efinancial Customer Service system generates and outputs a signal for connecting the call with the matched agent, whereby the exact nature of the signal depends on the matched agent so as to connect that agent to the call. |
|---|---|

15

**Genesys and Amazon Web Services**

# Level up your CX tech at scale

Give your customers the experiences they deserve with support from the leaders in contact centre and cloud Infrastructure as a Service. Genesys solutions run on AWS Cloud, integrating AWS artificial intelligence (AI) and machine learning. With the support of two globally trusted partners, you can reliably deliver better, more personalised customer and employee experiences.

Source: https://www.genesys.com/partners/global-strategic-alliances/aws

Genesys Cloud CX is an all-in-one composable CX platform built on AWS. The microservices-based architecture, API-first development, open data, and AI give you rapid innovation, agility, and resilience to optimize your CX tech stack. Mix and match innovative productized capabilities - Core, Digital, AI, WEM - or leverage our expansive marketplace and ecosystem to bring your CX vision to life.

Source :https://aws.amazon.com/marketplace/pp/prodview-hy7mzpidw3yjy

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.

17



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**AI-driven routing**

Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.

**Dynamic agent-queue membership**

Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.

**Basic ACD routing**

Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.

**Skills-based routing**

Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.

**Bullseye routing**

Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.

**Preferred agent routing**

Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



**Automated attendant and basic IVR**

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

| 18. The method | The signal that is output in dependence upon the optimization comprises at least one |
| --- | --- |

| | |
|---|---|
| according to claim 11, wherein signal comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over a routing of a communication. | message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over the routing of communication.<br><br>For example, the Efinancial Customer Service system platform is implemented on Genesys Contact center Service Cloud (Call Center as a Service), which runs on Amazon Web Services (AWS) servers. AWS is hosted in cloud communication environment i.e., common operating environment under the control of an operating system. The AWS architecture has a unified structure that enables multiple physical servers to act as one when providing key features such as intelligent, skills-based routing. In AWS, application communications are routed via messages passed through a managed message queue.<br><br>**Genesys and Amazon Web Services**<br><br>## Level up your CX tech at scale<br><br>Give your customers the experiences they deserve with support from the leaders in contact centre and cloud Infrastructure as a Service. Genesys solutions run on AWS Cloud, integrating AWS artificial intelligence (AI) and machine learning. With the support of two globally trusted partners, you can reliably deliver better, more personalised customer and employee experiences.<br><br>Source: https://www.genesys.com/partners/global-strategic-alliances/aws<br><br>Genesys Cloud CX is an all-in-one composable CX platform built on AWS. The microservices-based architecture, API-first development, open data, and AI give you rapid innovation, agility, and resilience to optimize your CX tech stack. Mix and match innovative productized capabilities - Core, Digital, AI, WEM - or leverage our expansive marketplace and ecosystem to bring your CX vision to life. |

Source: https://aws.amazon.com/marketplace/pp/prodview-hy7mzpidw3yjy

As one of America's largest direct brokerages, eFinancial helps customers get the right life insurance easier, faster and more affordably. A lifelong Genesys on-premises customer, eFinancial made the move to the cloud as part of a larger organizational shift of all its software services. It chose the Genesys Cloud™ platform for its scalability, advanced routing and workforce engagement management capabilities. With Genesys Cloud, eFinancial maintained business continuity by getting its employees working safely from home at the start of the COVID-19 pandemic.

One of America's largest direct brokerages, eFinancial, helps customers get the right life insurance easier, faster and more affordably. Service is delivered from three contact centers in Bellevue, Washington; Chicago; and a new site in Tempe, Arizona. Together, they handle around 50,000 contacts a week via inbound, outbound, email and text.

A lifelong Genesys on-premises customer, eFinancial decided to go to the cloud. "We needed to scale up the business and wanted a system that would move around with us, giving people the option to work securely from home," said Paul Bourdeaux, Chief Information Officer of at Vericity (Fidelity Life Association and eFinancial). "We also wanted to make resources stretch through greater automation and a model where hardware and software updates were managed for us."

Source: https://www.genesys.com/customer-stories/efinancial#:~:text=A%20lifelong

21

%20Genesys%20on%2Dpremises,and%20workforce%20engagement%20management%20capabilities.



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**AI-driven routing**

Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.

**Dynamic agent-queue membership**

Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.

**Basic ACD routing**

Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.

**Skills-based routing**

Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.

**Bullseye routing**

Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.

**Preferred agent routing**

Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**Automated attendant and basic IVR**

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

23

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services